# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**LINNEA FENN,**                                                                   **PLAINTIFF,**

**VS.**                                                       **CIVIL ACTION NO. 2:04CV186-P-A**

**HARRAH'S TUNICA CORPORATION,**                          **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, it is the final judgment of the court that Defendant's Rule 12(b)(5) Motion to Dismiss Plaintiff's Complaint [2-1] should be **GRANTED** and that this case should be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 15th day of April, A.D., 2005.

                                                                      /s/ W. Allen Pepper, Jr.
                                                                      W. ALLEN PEPPER, JR.
                                                                      UNITED STATES DISTRICT JUDGE